IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JK PRODUCTS & SERVICES, INC.**                                            **PLAINTIFF**

v.                              **Case No. 3:20-CV-00232-BSM**

**JLW-TW CORP., d/b/a SUNTAN SUPPLY**                        **DEFENDANT**

### ORDER

JK Products & Services, Inc.'s motion for remand [Doc. No. 8] is granted and this case is immediately remanded to the Craighead County Circuit Court because the forum selection clause is valid and enforceable.  *See Terra Int'l, Inc. v. Miss. Chem. Corp.,* 119 F.3d 688 (8th Cir. 1997).  All other motions are denied as moot.

IT IS SO ORDERED this 2nd day of November, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE